# First District Court of Appeal
## State of Florida

—————————————————

No. 1D18-4009

—————————————————

THOMAS JC MORNING, JR.,

    Appellant,

v.

GASTONLENG MARIE FRANCOIS
MORNING,

    Appellee.

—————————————————

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

April 24, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Aaron B. Wentz and Kelly A. Simon of Aaron B. Wentz, P.A., Fort Walton Beach, for Appellant.

Clark H. Henderson, Shalimar, for Appellee.